United States Bankruptcy Court
Middle District of Florida

In re:  
Flavia Da Silva Franca Pinheiro  
    Debtor

Case No. 19-06580-CCJ  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-6      User: kbrickner      Page 1 of 1      Date Rcvd: Oct 09, 2019  
                        Form ID: 309A      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.

```
db              +Flavia Da Silva Franca Pinheiro,    15030 Lake Nona Blvd.,    Orlando, FL 32824-7343
tr              +Arvind Mahendru,    5703 Red Bug Lake Road,    Suite 284,    Winter Springs, FL 32708-4969
28548626        +Franklin Collection Service, Inc.,    Attn: Bankruptcy,    Po Box 3910,    Tupelo, MS 38803-3910
28548627        +Justin Richie,    Albertelli Law,    P.O. Box 23028,    Tampa, FL 33623-2028
28548628        +Kenyetta N. Alexander,    Bittman, O'Brien & Morat, PL,    255 Primera Blvd, Ste 128,
                  Lake Mary, FL 32746-2168
28548629         Sandpointe Townhouse Owners,    Association,    PO Box 628207,    Orlando, FL 32862-8207
28549631        +Tania A. Silva,    15030 Lake Nona Blvd.,    Orlando, FL 32824-7343
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              E-mail/Text: clewis@lewismonroe.com Oct 10 2019 00:06:08     Cynthia E Lewis,
                  Lewis & Monroe, PLLC,    Post Office Box 540163,    Orlando, FL  32854 0163
tr              +EDI: FAMAHENDRU Oct 10 2019 03:43:00      Arvind Mahendru,    5703 Red Bug Lake Road,    Suite 284,
                  Winter Springs, FL 32708-4969
ust             +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Oct 10 2019 00:07:01
                  United States Trustee - ORL7/13,    Office of the United States Trustee,
                  George C Young Federal Building,    400 West Washington Street, Suite 1100,
                  Orlando, FL 32801-2210
28548624        +EDI: TSYS2.COM Oct 10 2019 03:43:00      Barclays Bank Delaware,    Attn: Correspondence,
                  Po Box 8801,    Wilmington, DE 19899-8801
28548625        +EDI: CHASE.COM Oct 10 2019 03:43:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850-5298
28548622         EDI: FLDEPREV.COM Oct 10 2019 03:43:00      Florida Department of Revenue,    Bankruptcy Unit,
                  Post Office Box 6668,    Tallahassee FL 32314-6668
28548623         EDI: IRS.COM Oct 10 2019 03:48:00      Internal Revenue Service,    Post Office Box 7346,
                  Philadelphia PA 19101-7346
28548621        +E-mail/Text: Bankruptcy@octaxcol.com Oct 10 2019 00:06:41      Orange County Tax Collector,
                  PO Box 545100,    Orlando FL 32854-5100
28548630        +E-mail/Text: jennifer.chacon@spservicing.com Oct 10 2019 00:08:10
                  Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                  Salt Lake City, UT 84165-0250
28548631        +EDI: RMSC.COM Oct 10 2019 03:48:00      Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
                  Orlando, FL 32896-5060
28548633         E-mail/Text: bankruptcydept@wyn.com Oct 10 2019 00:07:41      Wyndham Vacation Ownership,
                  Attn: Bankruptcy,    Po Box 98940,    Las Vegas, NV 89193
28548632        +EDI: WFFC.COM Oct 10 2019 03:43:00      Wells Fargo Home Mortgage,    Attn: Bankruptcy Dept,
                  P.O. Box 10335,    Des Moines, IA 50306-0335
                                                                                                TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

```
              Arvind Mahendru    amtrustee@gmail.com,   amahendru@ecf.axosfs.com;am01@trustesolutions.net
              Cynthia E Lewis    on behalf of Debtor Flavia Da Silva Franca Pinheiro clewis@lewismonroe.com,
               bedwards@lewismonroe.com;jamesmonroe@jamesmonroepa.com;lewiscr89817@notify.bestcase.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Flavia Da Silva Franca Pinheiro<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2990<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Middle District of Florida | | Date case filed for chapter  7    10/8/19 |
| Case number:  6:19–bk–06580–CCJ | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Flavia Da Silva Franca Pinheiro | |
| 2. | **All other names used in the last 8 years** | aka Flavia Franca, aka Flavia D Franca Pinheiro | |
| 3. | **Address** | 15030 Lake Nona Blvd.<br>Orlando, FL 32824 | |
| 4. | **Debtor's attorney**<br>Name and address | Cynthia E Lewis<br>Lewis & Monroe, PLLC<br>Post Office Box 540163<br>Orlando, FL 32854 0163 | Contact phone (407) 872–7447<br>Email: clewis@lewismonroe.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Arvind Mahendru<br>5703 Red Bug Lake Road<br>Suite 284<br>Winter Springs, FL 32708 | Contact phone (407) 504–2462 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

| 6. **Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse 400 West Washington Street Suite 5100 Orlando, FL 32801 | Hours open: Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: October 9, 2019 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **November 12, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>    *** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** January 11, 2020 |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |